DE SALVO v. DE CANIO. SCHNEIDER v. HEINZ. KADUSHIN v. JACOBS. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Actions by 'Alfonso De Salvo against Felix De Canio, by Johanna Schneider against Otto G. Heinz, and by Philip ·Kadushin against Abraham J. Jacobs. No opinions. Motions granted, with $10 costs. Orders filed.

---

DICKEY, Respondent, v. INTERNATION-AL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by Adam Dickey against the International Railway Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 146 App. Div. 898, 133 N. Y. Supp. 1118.

LAMBERT, J., not sitting.

---

DICKINSON, Respondent, v. TYSEN, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by John· J. Dickinson against David J. Tysen, impleaded with others. G. M. Pinney, of New York City, for appellant. C. Goldzier, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 148 App. Div. 894, 132 N. Y. Supp. 1126; 138 N. Y. Supp. 1114.

---

DICKINSON v. TYSEN et al. (two cases). (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by John J. Dickinson against David J. Tysen, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 138 N. Y. Supp. 1114.

---

DIETRICH, Respondent. v. LALANCE & GROSJEAN MFG. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Philip Dietrich against the Lalance & Grosjean Manufacturing Company, impleaded with others. No opinion. Motion to resettle order granted, without costs. See, also, 137 N. Y. Supp. 1118.

---

DOBEK v. AUSTRO–AMERICAN S. S. CO., Limited. (Supreme Court, Appellate Division, First Department. November 22, 1912.) Appeal from Trial Term, New York County. Action by Ferdinand Dobek against the Austro-American Steamship Company, Limited. From a judgment for plaintiff on a verdict, and from an order denying motion for new trial, defendant appeals. Reversed, and new trial ordered. See, also, 136 N. Y. Supp. 1134. Lorenzo Ullo, of New York City, for appellant. August P. Wagener, of New York City, for respondent.

PER CURIAM. The finding that the plaintiff was assaulted or unjustifiably imprisoned by the defendant is against the weight of evidence. The judgment and order appealed from should be reversed, and a new trial ordered, with costs to appellant to abide the event.

---

DOWLING, Respondent, v. HASTINGS, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1912.) Action by William J. Dowling against Alice M. Hastings.

' PER CURIAM. Judgment and order affirmed, with costs.

BURR, J., dissents, upon the ground that, whether Dowling paid the judgment as agent of Brown or was a mere volunteer, the debt was extinguished by payment. In the absence of evidence whether the bank received the money in payment or for purchase, the presumption would be that it was for payment. There is nothing to overcome that presumption.

---

DOYLE v. HAMILTON FISH ·CO. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by Alexander Doyle against the Hamilton Fish Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 137 N. Y. Supp. 1118.

---

In re DREFKOFF. (Supreme Court, Appellate Division, First Department. December 27, 1912.) In the matter of Max Drefkoff. No opinion. Referred to official referee. Settle order on notice.

---

DUNN, Respondent, v. BOARD OF EDUCATION, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by Arthur D. Dunn against the Board of Education. C. McIntyre, of New York City, for appellant, J. E. O'Brien, of New York City, for respondent. No opinion. Determination affirmed, with costs. Order filed.

---

DUNN, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Francis Dunn against the New York, New Haven & Hartford Railroad Company. W. C. Abercrombie, of New York City, for appellant. C. M. Sheafe, Jr., of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

EDDY GLICKMAN BUILDING, CONCRETING & IMPROVEMENT CO. v. GAINSBOROUGH CONST. CO. et al. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by the Eddy Glickman Building, Concreting & Improvement Company against the Gainsborough Construction Company and others.

PER CURIAM. Judgment of the County Court of Kings County reversed, and new trial ordered, costs to abide the final award of